UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AURORE SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>ASSIA SOUILY-LEFAVE et al.<br><br>    Defendants. | Case No. 2:24-cv-00831-CDS-EJY<br><br>**ORDER** |

On May 10, 2024 the Court issued an Order and Report and Recommendation (ECF No. 3) allowing Plaintiff's claim for copyright infringement to proceed. The Order failed to address the issuance of a summons or filing of the Complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** separate and electronically file Plaintiff's Complaint (ECF No. 1-1) and issue a Summons for Defendant.

IT IS FURTHER ORDERED that the Clerk of Court **must** send a copy of this Order, the Court's May 10, 2024 Order (ECF No. 3), Plaintiff's filed Complaint, and the Summons to the U.S. Marshal for service on Defendant.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form, together with a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff must complete the USM-285 form for Defendant and return the same to the Clerk's Office no later than **June 20, 2024**.

IT IS FURTHER ORDERED that within one day of receipt of the completed USM-285 form in the Clerk's Office, the Clerk **must** send a copy of the form to the U.S. Marshal for service on Defendant.

IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt to effect service of this Order, the Court's May 10, 2024 Order (ECF No. 3), Plaintiff's filed Complaint, and the Summons on Defendant no later than **twenty-one (21)** days after receipt of the completed USM-285 form.

1    IT IS FURTHER ORDERED that hereinafter Plaintiff **must** serve Defendant, or, if appearance is entered by counsel, upon Defendant's counsel, a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff will include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendant or Defendant's counsel. The Court may disregard any paper received by a District or Magistrate Judge that is not filed with the Clerk, and any paper received by a District or Magistrate Judge, or the Clerk that fails to include a certificate of service.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED this 23rd day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE