1  Your Name:    Aurore Sims

2  Address:    C/o Benjamin Lambert

3  Phone Number:    111 East 128th St, 7Z, New York, NY 10035

    929 575 2365

4  Fax Number:

5  E-mail Address:    realestatesouthofmanhattan@gmail.com

6  Pro Se Plaintiff

7

8  ## UNITED STATES DISTRICT COURT
   ## DISTRICT OF NEVADA

9

10  Aurore Sims

11  C/o Benjamin Lambert

    111 East 128th St, 7Z, New York, NY 10035

12          Plaintiff,        Case Number:

13      vs.    # 2:24-cv-00831-CDS-EJY

14  Assia Souily-Lefave    **COMPLAINT**

15  2013 Big Bend Way

16  Henderson Nevada 89074    **DEMAND FOR JURY TRIAL**

17  Around Vegas  LLC-1 Day In Las Vegas    Yes ☐  No ☑
    401 Ryland Street, Suite 200-A

18  Reno , NV 89502    Defendant.

19          **JURISDICTION**

20  *[Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.]*

21      1.  My case belongs in federal court

22      ☑  under <u>federal question jurisdiction</u> because it is involves a federal law or right.

23  *[Which federal law or right is involved?]*  Copyright Infringement with Fraud and False Statements

24

25      ☐  under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

26  defendants <u>and</u> the amount of damages is more than $75,000.

27

28          **VENUE**

1/20

1    [*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2        2.    Venue is appropriate in this Court because:

3            ☑ a substantial part of the events I am suing about happened in this district.

4            ☐ a substantial part of the property I am suing about is located in this district.

5            ☐ I am suing the U.S. government, federal agency, or federal official in his or her

6              official capacity and I live in this district.

7            ☐ at least one defendant is located in this District and any other defendants are

8              located in California.

9                        **INTRADISTRICT ASSIGNMENT**

10   [*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada
11   including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral,
     Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern
12   Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the
     courthouse in Las Vegas.*]

13

14       3.    Because this lawsuit arose in _____Clark_____ County, it should be

15   assigned to the ___Southern_____ Division of this Court.

16

17                            **PARTIES**

18       1.  Plaintiff.  [*Write your name, address, and phone number. Add a page for additional
         plaintiffs.*]

19   Name:        Aurore Sims

20   Address:     C/o Benjamin Lambert, 111 East 128th St, 7Z, New York, NY 10035

21   Telephone:   929 575 2365

22

23       2.  Defendants.  [*Write each defendant's full name, address, and phone number.*]

24   Defendant 1:

25   Name:        Assia Souily-Lefave

26   Address:     Clark County, NV
                  ____[*If Defendant is an individual do not list home address, just use county and state*]

27   Telephone:   702 354 8021

28   Defendant 2:

                        Page _2_ of _8_

1   Name:        Around Vegas LLC-1 Day In Las Vegas

2   Address:     401 Ryland Street, Suite 200-A, Reno , NV 89502
                 [*if Defendant is an individual do not list home address, just use county and state*]

3   Telephone:   _____

4   Defendant 3:

5   Name:        _____

6   Address:     [*if Defendant is an individual do not list home address, just use county and state*]

7   Telephone:   _____

8

9

10                        **STATEMENT OF FACTS**

11  [*Write a short and simple description of the facts of your case.  Include basic details such as <u>where</u>
    the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate,*

12  *numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

13      6  . In 2021, amidst the pandemic, Mrs. Sims organized a photoshoot with Assia Souily, a French wedding planner. Due to the closure of the

14  US borders, Mrs. Souily- Lefave usual French clientele was unavailable or unable to travel, leading to her financial difficulties. Mrs Sims paid upfront for the

15  photoshoot  and other expenses,and Mrs. Souily Lefave agreed to reimburse Mrs Sims. The desert photoshoot was specifically intended for publication in wedding

16  magazines. All the vendors involved in the photoshoot, including Mrs. Sims and Mrs. Souily-Lefave, agreed to collaborate without compensation. Mrs. Sims and Mrs

17  Souily-Lefave, agreed to split all the expenses associated with the photoshoot and any other costs incurred during Mrs  Sims' stay in Nevada (trips,hotel, dining etc)

18      7  . Mrs. Souily Lefave didn't know how to proceed with planning a photoshoot, so Mrs. Sims stepped in and offered to guide her. Mrs. Sims

19  emphasized the need to change her audience to target the American Luxury market in order to generate income. Since the customs borders were closed, reaching

20  the American market became the only viable option for Mrs. Souily-Lefave. Indeed, Mrs Souily Lefave needed to prove she could make enough for the renewal of

21  her visa. The reason Mrs. Sims decided to plan this photoshoot was to assist her business. When Mrs. Sims met with Mrs. Souily-Lefave, who appeared to have

22  recently gone through a divorce, she fabricated stories about her ex-husband, his new wife, and their business. All of this prompted Mrs. Sims to offer her assistance.

23      8  . While pretending being single, she secretly got married to change her legal status in the United States. Despite Mrs. Sims effort to reach he

24  in 2022, with demand letters asking Mrs. Souily Lefave to give her, her money back because Mrs. Souily Lefave's financial problems were over ( the custom

25  borders were opened again and she had french clients, she was married etc.) and despite her promise to send Mrs. Sims back some money each month,

26  Mrs. Souily Lefave did not fulfill it. In order to retrieve her money, Mrs. Sims opted to enlist the services of an attorney to create a formal demand letter.( Exhibit 3)

27      9  . To .make matters worse, Mrs Souily Lefave pretended to be harassed because Mrs. Sims chose the same attorney who confronted her behavior

28



1  during a prior legal matter regarding unauthorized pictures. Mrs. Souily-Lefave unlawfully used pictures and reviews from her former business created with her ex-

2  husband, despite a legal divorce decree prohibiting such actions. She incorporated these materials into her new venture, "Around Vegas LLC- 1 Day In Las Vegas.

3  Facing potential legal repercussions, Mrs. Souily-Lefave accused Mrs. Sims of harassment and implicated the attorney. (Exhibit 4) She claimed Mrs. Sims retained

4  all the pictures from the photoshoot.She offered Mrs.Sims only $1000 for the pictures and other expenses, despite Mrs Sims having spent significantly more.

5        10   .  Subsequently, Mrs. Sims had to file a small claim in the Court of Henderson, because she failed to refund Mrs Sims.

6  Instead of taking responsibility, reaching an agreement with Mrs. Sims, refunding entirety of her money, she counterclaimed during the legal process, on the

7  ground of that Sims committed fraud because she did not send any pictures to Mrs. Souily-Lefave, which is totally false. (Exhibit 5) This is a false statement,

8  constituting perjury in front of the Henderson Court particularly as Mrs. Souily Lefave used one of Mrs. Sims' pictures on her company Instagram account, "1 Day In

9  Las Vegas," without Mrs. Sims' authorization. (Exhibit 7) Indeed, Mrs. Souily received pictures at different times.(Exhibit 6) This action directly contradicts her claim.

10        11   .  In September 2021, Mrs. Souily Lefave started working at a boutique and claimed to have renewed her visa shortly after. She asked Mrs.

11  Sims for more money, pretending she was in need. With the customs border subsequently reopening, she was able to regain clients from France. However, at the

12  same time, despite the partnership that was supposed to fully take place once her legal status was clear, Mrs. Souily Lefave decided she no longer wanted to

13  target the luxury market, even though Mrs. Sims had invested a significant amount of money in a photoshoot to help her enter that market and help her business.

14  Throughout 2021, she maintained the pretense of being single and claimed she had no funds to refund Mrs Sims . It wasn't until January 2022 that Mrs Sims

15  discovered she had actually gotten married in November 2021 and had continued to deceive Mrs Sims by claiming to be single. all while allocating money

16  towards trips, entertainment activities, and other expenses instead of refunding Mrs.Sims.

17        12   On January 1, 2022, when Mrs. Sims inquired about the payment for the photoshoot, Mrs. Souily Lefave provided numerous excuses to avoid

18  paying. She declined to offer a payment plan to Mrs Sims and instead promised to pay gradually over time. Despite Mrs.Sims providing regular updates on the

19  photoshoot's progress and its expenses,Mrs. Souily Lefave claimed she did not have a say in the negotiations regarding expenses. However, there were no

20  negotiations to be had, as it was simply a matter of hiring vendors and paying for their services or finding vendors willing to provide their services for free.Despite

21  Mrs. Sims repeatedly asking Mrs. Souily Lefave to create a budget sheet for the photoshoot, as she was more comfortable with numbers, Mrs. Souily Lefave failed

22  to do so.Mrs. Souily Lefave knew that many pictures needed to be corrected but never offered any assistance, whether financial or practical, to address the issue.

23        13   Mrs. Souily Lefave confessed to recording a conversation about what would happen if she couldn't refund the money, intending to intimidate Mrs. Sims.

24  Mrs. Sims did not consent to this recording and was unaware of it until January 2022.  Mrs. Souily Lefave 's act of recording the conversation without Mrs. Sims'

25  consent underscores a manipulative strategy to evade payment and accountability. By surreptitiously recording the discussion, Mrs. Souily sought to intimidate Mrs.

26  Sims, creating a sense of unease and coercion. This behavior is indicative of a calculated attempt to shirk financial obligations and deflect responsibility for her

27  actions. Moreover, Mrs. Souily Lefave 's refusal to offer a payment plan further demonstrates her reluctance to fulfill her commitments, leaving Mrs. Sims in a

28  precarious position without recourse for the funds invested in the photoshoot project.



1    **CLAIMS**

2    **First Claim**

3    (*Name the law or right violated*: Copyright Act 1976, Copyright Infrigement                    )

4    (*Name the defendants who violated it*: Assia Souily- Around Vegas LLC- 1 day In Las Vegas      )

5    [*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were*

6    *harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

7    ____14__. This law grants creators exclusive rights to their original works, including the rights to reproduce, distribute, perform,

8    display, and create derivative works. It also outlines limitations and exceptions to these rights, as well as penalties for infringement

9    _____15____ The defendant, Mrs. Souily-Lefave and her business knowingly disregarded the fact that they did not have the right to

10   post any pictures but did so regardless. Presenting herself as the sole wedding planner, Mrs Souily Lefave was the first vendor to violate

11   the general publishing rules of magazines. The photograph in question was from one of the wedding photoshoots Mrs Sims and Mrs

12   Souily Lefave organized in 2021, as wedding planners. Once displayed on Instagram, anyone could see Mrs Sims photograph,

13   screenshot it, and use it on their own Instagram account, crediting Mrs Souily-Lefave. This photograph was intended for submission to

14   a wedding magazine. Wedding magazines enforce strict rules with many not allowing photographs to be displayed before they do, as

15   they prioritize exclusivity. Due to Mrs Souily Lefave and "Around Vegas LLC- 1 Day In Las Vegas' behavior, they jeopardized the

16   submission of the photoshoot. Consequently, the potential publication and exposure of the photographs were compromised, leading to

17   financial harm and reputational damage for Mrs Sims as a wedding planner. Unlike Mrs. Souily-Lefave, Mrs. Sims' work has been

18   published three times in wedding magazines. She is familiar with how the industry operates and the rules set by magazines. Mrs. Sims

19   conveyed this knowledge to Mrs. Souily-Lefave, who was aware of the rules and either agreed to them or did not express an disagree-

20   ment when informed about them. They willfully infringed copyright by knowingly using Mrs Sims' picture without authorization.

21   ____16__. This incident is not isolated, as Mrs. Souily has repeatedly used pictures without authorization.

22   She faced a court case with her ex-husband for similar copyright issues in 2019 and potentially faced a lawsuit with another photographer

23   for using unauthorized pictures on her business website in 2021. Mrs. Souily- Lefave unlawfully utilized photographs from others to

24   promote her services. Another example involves a company named Elopement Las Vegas, which encountered a similar situation when

25   she used a photograph without authorization on Facebook. Mrs. Souily-Lefave consistently fails to respond to demands, take responsibility,

26   or address issues related to unauthorized pictures and even defying court orders, indicating a deliberate disregard for copyright laws and

27   professional courtesy. For the copyright infringement involving both Mrs. Sims and Mrs. Souily-Lefave, Mrs. Sims had to file a complaint

28   with the Intellectual Property Rights (IPR) Center of the Department of Homeland Security. Additionally, Mrs. Sims was compelled to file

29   an ECCB claim (Exhibit 1) after Mrs. Souily-Lefave chose to opt-out (Exhibit 2), which led Mrs. Sims to pursue this federal claim instead.

30   Mrs Souily Lefave was fully aware that she couldn't utilize any image from the photoshoot, and Mrs. Sims never gave her permission to

31   use that particular picture as it was part of the photoshoot.

5/20

_____ 2nd ___ Claim

(*Name the law or right violated*:  NRS Chapter 598 - Fraud inducement _____ )

(*Name the defendants who violated it*:  Assia Souily-Lefave _____ )

17 . Fraud in inducement occurs when one party makes a false statement or misrepresentation to another party to induce them to enter into a contract or agreement. This false statement or misrepresentation leads the other party to agree to the contract or transaction under false pretenses. In essence, the inducement to enter into the contract is based on deception or fraud perpetrated by one party.

18 . The Defendant, Mrs. Souily-Lefave, constructed a false narrative about what occurred between her, her ex-husband and his new wife. Mrs Souily-Lefave spent countless hours on the phone with Mrs Sims discussing the supposed wrongs her ex-husband committed against her and her business, Around Vegas LLC-1Day In Las Vegas, portraying herself as a victim. Mr. Sims later discovered with evidence, that she manipulated this narrative to garner sympathy and shift blame onto her ex-husband and his new wife.

19 . From the outset, Mrs. Souily Lefave had no intention of refunding Mrs Sims. Even when Mrs Sims proposed planning the photoshoot, she only agreed but waited for the US customs border to reopen. She used Mrs Sims as a contingency plan in case the customs border remained closed, her visa situation remained unclear, or her status in the United States was still pending or undocumented. Instead of fulfilling her financial obligations, she spent more money on leisure activities. Mrs. Souily Lefave admitted to recording Mrs.Sims without consent during a conversation about refunds and financial obligations.

20 Mrs. Souily-Lefave altered her position regarding their partnership once she realized she could secure her visa or remain in the US through marriage without any concerns. Her main motive appeared to be seeking revenge on her ex-husband who hadn't helped her secure a new visa when they divorced. Mrs. Souily Lefave sought revenge because, according to her, her ex-husband wanted to eliminate her to gain control of the French wedding market for himself and his new wife. This perceived injustice likely fueled her desire to retaliate and that nfluenced her actions in Mrs Sims and Mrs Souily partnership.

21 This fraud has harmed Mrs Sims in several ways. Firstly, financially, as Mrs Sims invested significant funds into the partnership under false narratives. Mrs Sims expected mutual benefit. Secondly, professionally, as Mrs Sims reputation has been tarnished by association with unprofessional and fraudulent activities. Additionally, emotionally and psychologically, the betrayal of trust and exploitation of Mrs Sims kindness have had l Lasting effects. Moreover, legally, being involved in fraudulent activities has resulted in legal consequences and damaged Mrs Sims credibility. Overall, the harm resulting from this fraud extends beyond mere financial loss and has had wide-ranging negative impacts on various aspects of Mrs Sims life. If Mrs. Souily Lefave had been honest and taken responsibility for the photoshoot, it could have been featured in a magazine by now, generating visibility and attracting high-quality clients. However, Mrs. Souily Lefave's primary concern seemed to be avoiding accountability and securing her legal stay in the United States to assert her presence . Mrs. Sims appeared to be caught in the middle of this battle, and Mrs. Souily Lefave used her for that purpose. It seemed that Mrs. Souily Lefave does not care about the financial investment made into the photoshoot.

## _____ 3rd ___ Claim

1

2  (*Name the law or right violated*: NRS 199.120. False Statement- Perjury                    )

3  (*Name the defendants who violated it*: Assia Souily Lefave                    )

4      22 . NRS 199.120 in Nevada pertains to providing false statements under oath or affirmation, which could lead to legal

5  consequences

6

7

8      23 . Mrs. Souily-Lefave's false statement to the Henderson Court are directly linked to the copyright infringement issue.

9  By falsely claiming that she had never received any photos from Mrs. Sims, Mrs. Souily-Lefave attempted to evade responsibility for

10  the unauthorized use of the photographs on her company's Instagram account. This deception not only infringes on Mrs. Sims' copyright

11  but also demonstrates Mrs. Souily-Lefave's willingness to fabricate information to avoid legal consequences. Thus, her perjury before

12  the court aims to conceal her copyright infringement against Mrs. Sims and further exacerbates the severity of her actions. Additionally,

13  it is evident that this false statement, among others in her counterclaim, were made to avoid paying Mrs. Sims for her wrongdoing,

14  as well as to portray Mrs. Sims as the one committing fraud, in order to counterclaim against Mrs. Sims.

15

16      24 . This false statement made by Mrs. Souily-Lefave have caused significant harm in several ways to Mrs. Sims:

17  Financial Harm: Mrs. Souily-Lefave's false statements have jeopardized the legal proceedings related to the retrieval of funds invested

18  in the photoshoot. This has led to additional legal expenses and delays in Mrs. Sims' efforts to recover the money spent.

19  Reputation Damage: Mrs. Souily-Lefave's misrepresentations have tarnished Mrs. Sims' reputation. By falsely claiming that Mrs. Sims

20  withheld the photographs and never released them, Mrs. Souily-Lefave undermines Mrs. Sims' credibility and integrity.

21  Emotional Distress: Dealing with the fallout from Mrs. Souily-Lefave's false statements has caused emotional distress and anxiety for

22  Mrs. Sims. The stress of navigating legal proceedings and defending against baseless claims has taken a toll on Mrs. Sims' well-being.

23  Legal Consequences: Mrs. Souily-Lefave's perjury and false statements could have legal repercussions for Mrs. Sims. This includes

24  potential damage to Mrs. Sims' credibility as a witness in court proceedings and implications for future legal matters.

25

26

27

28

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

25 . Mrs. Sims is requesting $150,000 in damages for copyright infringement of her picture, $30,000 for each, false statements related to the

infringement and fraud linked to the overall photoshoot project, as damages. Mrs Sims also ask that Mrs Souily Lefave cannot file for bankruptcy for herself or her

business, considering her previous actions and intentions. Given the likely lack of assets for Around Vegas LLC-1 Day In Las Vegas and Nevada's homestead laws

a smaller amount wouldn't be effective. If bankruptcy is possible for her business, Mrs Sims is requesting the dissolution of her business, preventing her from

reestablishing a new wedding planning business and using existing reviews or content  (instagram, facebook, twitter etc..and website) for a new business. In 2021,

She faced a copyright issue with a photographer. When asked to pay $10,000 for unauthorized use of their work, Mrs Souily Lefave ignored the request and

suggested bankruptcy as an easy fix, showing a lack of accountability. Her attitude, expressed with "I have nothing to lose," highlights her avoidance of responsibility.

Mrs. Sims respectfully requests punitive damages or other appropriate sanctions should the defendants "Mrs. Souily Lefave - Around Vegas LLC - 1 Day In Las

Vegas" engage in falsification of documents or provide false testimony during the proceedings. Given Mrs. Souily Lefave's pattern of distorting the truth, such

measures are essential to deter misconduct and maintain the integrity of this case. Punitive damages are necessary to hold Mrs. Souily Lefave accountable for her

actions and to deter similar behavior in the future.

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☐  Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 03/17/2024          Sign Name: _____

                          Print Name:    Aurore Sims



**COPYRIGHT
CLAIMS BOARD**

Exhibit 1

DOCKET NO. 24-CCB-0043

OPT OUT KEY CODE. MYHC

— NOTICE —

# United States Copyright Claims Board

| Aurore Sims | | Around Vegas LLC-1 Day In Las Vegas, Assia Souily-Lefave |
|---|---|---|
| CLAIMANT | V. | RESPONDENT |

## NOTICE OF OFFICIAL GOVERNMENT LEGAL PROCEEDING
### PLEASE READ CAREFULLY

**TO** (*Respondent's name and address*) ▼

Assia Souily-Lefave
2013 Big Bend Way
Henderson Nevada 89074

**FROM** (*Claimant's name and mailing address. If claimant is not represented by legal counsel or an authorized representative, the claimant's email address and telephone number should also be included*) ▼

Aurore Sims
114 John Street. #628
New York New York 10272
Phone: 929-575-2365
Email: realestatesouthofmanhattan@gmail.com

This is a notice of an official government legal proceeding that has been filed against you. It may affect your legal rights. Please read it carefully.

_____Aurore Sims_____ has/have initiated the above legal proceeding before the Copyright Claims Board (CCB) of the U.S. Copyright Office for the following claim(s):

■ an allegation of copyright infringement

❑ a claim seeking a declaration that specific activities of the claimant do not infringe a copyright

❑ an allegation that a misrepresentation was made in notices or counter notices sent under the Digital Millennium Copyright Act (DMCA).

A copy of the claim is included, and you can also access the claim and other information relating to the proceeding in the docket, which may be found in the CCB's electronic filing and case management system (eCCB) here: **dockets.ccb.gov.** To find the docket in your case, click on "Search cases." Then, in the search box at the top of the webpage, type in the docket number shown at the top of this notice and click on "Search." Click on "View" for a list of all the documents filed in the case.

The CCB has found that the claim complies with the statutory and regulatory requirements for bringing a claim. That finding does not indicate how the CCB will rule on the claim or what monetary damages, if any, the CCB may award the claimant(s) if it rules in favor of the claimant.

*What You Need to Do: The claimant has decided to bring this claim before the Copyright Claims Board instead of federal court. Participation before the Copyright Claims Board is voluntary, meaning that you can opt out and the claimant can then sue you in federal court. If you do not want to participate in the Copyright Claims Board proceeding, you must affirmatively opt out within 60 days of receiving this notice. If you do not affirmatively opt out, the claims will remain with the Copyright Claims Board, you will be given an opportunity to defend yourself against the claims, and you will be bound by the determination of the Copyright Claims Board. If you do opt out, the proceeding will end, but the claimant may then still sue you in federal court.*

**NOTE THAT IF CLAIMANT IS REPRESENTED BY LEGAL COUNSEL OR AN AUTHORIZED REPRESENTATIVE, THE CLAIMANT IS REPRESENTED BY** (*Name, mailing address, email address, and telephone number of claimant's legal counsel or authorized representative*) ▼

MORE ON BACK

The claim form allows claimants to enter a narrative about the ways in which they believe they have been harmed. Some claimants only request the specific kind of relief that the CCB is authorized to grant but others request forms of relief that the CCB is not authorized to grant. You should know that when claimants are successful on their claim(s), **regardless of what they put in their claim forms**:

1. Monetary awards granted by the CCB for claims of copyright infringement or misrepresentation cannot exceed $30,000.
   a. If a claimant has asked the CCB to proceed under a "smaller claims" proceeding, that maximum is reduced to $5,000.

2. Either side (claimant or respondent) can be awarded up to $5,000 in costs and/or attorneys' fees if they win, but only if the other side has specifically been found by the CCB to have operated in bad faith during the CCB proceeding.

3. The CCB cannot take into account "willfulness" in awarding any relief, meaning it cannot increase an award against you because it finds your actions willful.

4. Even if the CCB finds for the claimant, the CCB cannot order you to stop or modify infringement or misrepresentation activities. However, if you agree that you will stop or modify those activities if CCB finds you liable, the CCB can make that part of its order. In an infringement claim, if you tell the CCB of such an agreement (**which will not affect whether the CCB finds you liable**) before the CCB issues its final determination, the CCB can, in its discretion, take that agreement into account and reduce the amount of the award against you.

5. There are no monetary awards outside of the above limits before the CCB, meaning there are no monetary awards granted for things like, for example, punitive damages, interest, claims of physical or mental harm, lost wages, or harm to a brand.

6. If the claim is one for infringement, and the claimant is successful, the claimant can get (a) actual damages and the alleged infringer's profits attributable to the infringement, or (b) statutory damages, but not both. Claimants must make their choice (and can change their choice) before the CCB issues a final determination.

### ABOUT THE COPYRIGHT CLAIMS BOARD

The Copyright Claims Board (CCB) is a three-member tribunal located in the U.S. Copyright Office, which serves as a voluntary alternative to federal court for the resolution of certain copyright disputes that involve damages of no more than $30,000. If you do not wish to have the CCB decide the dispute, you MUST OPT OUT OF THE PROCEEDING, as described further below. More information about CCB proceedings may be found on the CCB website at **ccb.gov**.

### NATURE OF A CCB PROCEEDING

This proceeding is voluntary, but you must make a choice within 60 days of receiving this notice. You have two options:

(1) **Do nothing.** If you take no action, you will become a party to a proceeding before the CCB and, after the 60 day opt-out period expires, the CCB will issue an order triggering the next steps for the proceeding. Once that happens, your first steps will be to register as a user of the CCB's electronic filing and case management system (eCCB) and to file a response to the claim. You and the claimant(s) will then have the opportunity to share and present evidence relating to the claim, including any defenses you may have. By choosing this course, **you will be bound by the determination of the CCB**.

(2) **Opt out.** You have the right to opt out of participating in the CCB proceeding. If you opt out, following the instructions in this notice, the proceeding will be dismissed and you will not need to appear before the CCB. However, the dismissal will be "without prejudice," which means that the claimant shall have to determine whether to file a lawsuit against you in Federal district court, which may include the same claims as well as claims other than copyright claims.

### REVIEWING THE CLAIM

Please review the attached claim carefully. The claim form includes important information to help you understand the nature of the Claimant(s) allegations including: the type of claim, the work at issue, and the rights that the Claimant alleges have been infringed.

The claim has been reviewed by the CCB to ensure that it is compliant with the statutory and regulatory requirements for filing. Compliance review does not indicate how the CCB will rule on the claim or that the Claimant stated a viable claim with respect to each of the exclusive rights checked in the claim form or with respect to the damages and other relief requested. It does not indicate whether, in an infringement claim, the responses to the questions regarding whether a respondent is an online service provider are accurate, and you should not assume that a claim that answers "Yes" to those questions means that the claim is only being asserted against you for acts you may have taken as an online service provider or that the claim will be dismissed if you are not an online service provider.

The CCB can grant only certain types of relief. It can award no more than $30,000 in total damages in any one proceeding, no matter how many claims or copyrightable works are at issue. An infringement claimant may be awarded either (1) its actual damages and the alleged infringer's profits earned as a result of the infringement or (2) statutory damages within a set range, but not both. The CCB cannot award monetary amounts unrelated to copyright, such as punitive damages, interest, claims of physical or mental harm, lost wages, or harm to a brand. It may only require a party to pay attorney's fees or costs of the proceeding if that party engages in bad faith conduct during the proceeding. The CCB also cannot issue orders (called "injunctions" in federal court) requiring a party to stop engaging in certain activities or to destroy infringing materials, unless that party has agreed to do so.

### HOW TO OPT OUT OF THIS PROCEEDING

You have 60 days from receipt of this Notice to opt out. If you are uncertain of the date on which you received this Notice, you may check the docket of the proceeding in eCCB at **dockets.ccb.gov**. The claimant is required to file a "proof of service" that identifies the date you were served no later than seven days after the day you received this Notice, and that proof of service will appear in the docket. This deadline to opt out cannot



be extended except for exceptional circumstances. You may opt out either online or by mail. **Online:** Go to **dockets.ccb.gov** and enter the case number information and code ___MYHC_____ as directed. **By mail:** complete and sign the opt-out form included with this notice and put it in the mail before your 60 days expires. **It is strongly recommended that, if you do opt out, you do it online where you will receive an immediate email receipt confirming your opt out.**

## YOU MAY REPRESENT YOURSELF OR CONSULT AN ATTORNEY

CCB proceedings are designed so that individuals may represent themselves; however, you may wish to consult an attorney or a law school clinic or *pro bono* legal services organization before taking action, and you may wish to be represented by an attorney or a law student qualified to practice before the CCB. The CCB has a list of available *pro bono* resources that may be available to provide free or low cost assistance. The list may be found at **ccb.gov/pro-bono-assistance**.

## THERE ARE PROS AND CONS TO APPEARING BEFORE THE CCB

The CCB is a voluntary alternative to federal copyright litigation. As a result, there are some pros and cons that you may want to weigh in arriving at your decision. The CCB is a simpler, streamlined, and typically far less costly procedure than federal litigation. Before the CCB, monetary damages are capped at no more than $30,000, while in federal court, there is no such limit. However, by participating in a CCB proceeding, **you will not have the ability to have the dispute decided by a federal court (that is, courts created under Article III of the Constitution headed by federal district judges), and you will waive your right to a jury trial. By participating in a CCB proceeding, you will not have full access to the appellate process regarding the CCB proceeding or determination**. If you opt out of this proceeding, you will miss out on the benefits of CCB proceedings, but will preserve access to have the dispute heard in a full federal litigation. For more information, see **ccb.gov/respondent**.

## THE CCB IS HERE TO HELP

The CCB website and the CCB Handbook (available on the CCB website) have resources to help you determine how to respond to this notice, including background information, procedures, and access to *pro bono* resources. If you have a specific question, please send it to **asktheboard@ccb.gov**.

## IF YOUR PROCEEDING GOES FORWARD, HERE'S WHAT HAPPENS NEXT

In just over 60 days after you were served with the claim, you will receive an order from the CCB requiring that you register as a user of the CCB's electronic filing and case management system. You will register for eCCB by going to the following website: **dockets.ccb.gov**. From that webpage, you will click on "or register for an account…" and follow the prompts to set up an account through login.gov. You will then follow the instructions to link your eCCB account to this proceeding, after which you will receive a schedule for the proceeding, providing the opportunity for you to respond to the claim and raise defenses, as well as file any allowable counterclaims if you wish. You will be able to receive from and give to the other side documents as well as answers to questions relevant to the claims and any counterclaims, and then present your evidence to the CCB. Should you wish to consult an attorney, you may do so. You may also access a list of *pro bono* resources the CCB lists on its **website**. The CCB also offers the opportunity for settlement conferences. At the end of this process, the CCB will issue a determination that will bind both you and the claimant(s), with only limited opportunity for further review or appeal.





COPYRIGHT
CLAIMS BOARD

Docket number: 24-CCB-0043

# United States Copyright Claims Board

| Aurore Sims | v. | Around Vegas LLC-1 Day In Las Vegas, Assia Souily-Lefave |
|---|---|---|
| CLAIMANT | | RESPONDENT |

## CLAIM

| | |
|---|---|
| Type | A claim for infringement |
| Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding? | No |

| Claimant | **Name** Aurore Sims | **City** New York, NY |
|---|---|---|
| | **Authorized representative information** | |
| | **Name** Aurore SIMS | **City** New York, NY |

| Respondent | **Organization** Around Vegas LLC-1 Day In Las Vegas | |
|---|---|---|
| | **Designated service agent** | |
| | **Name** Bill Havre | **Address** 401 Ryland Street Suite 200-A Reno, NV 89502 |

| Respondent | **Name** Assia Souily-Lefave | **Alias** Alicia Souily |
|---|---|---|

| Infringement claim: Works infringed | **Title of work** Picture of Aurore Sims Wedding Planner | **Author(s)** Aurore Sims |
|---|---|---|
| | **Has the work been registered by the Copyright Office?** Yes | **Registration number** VAu1-514-525 |



**Effective date**
10/23/2023

**Type of work**
Pictorial Graphic and Sculptural (such as two-dimensional and three-dimensional works of art, graphic art, and photographs)

**Describe the work**
Photograph Wedding shoes on Designer Veil

**Infringement claim: Wrongful activities**

**Wrongful activities**
Publicly display the work

**Is the infringement ongoing?**
No

**Infringement dates**
10/31/2021 - 10/23/2023

**Where the alleged infringing acts occurred, such as a physical place or online. If unknown, type unknown.**
Instagram

**Describe the infringement**
Assia Souily Lefave and Around Las Vegas LLC- 1 Day In Las Vegas used my photograph without authorization. Assia Souily-Lefave stated that she never received any photograph from me. Not only she displayed my work, without my authorization, but she credited another person than the owner of the photograph and credited her company Around Las Vegas LLC- 1 Day In Las Vegas as wedding planner .

**Are any of the respondents online service providers?**
No

**Description of harm suffered and relief sought**
I am seeking $12 070 as the result of the alleged activity. This photograph was a part of one of the wedding photoshoots I planned back in 2021 as a wedding planner. Once displayed on instagram, anyone could see my photograph, screenshot it and use it on their own Instagram account, crediting her. This photograph was supposed to be a part of a wedding magazine submission. Wedding magazines have strict rules and most of them do not allow photograph to be displayed before they do. They want exclusivity. Because of Assia Souily and Around Las Vegas LLC- 1 Day In Las Vegas behavior, they jeopardized the submission of the photoshoot.

13/20

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-514-525

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
January 02, 2024

---

## Title

**Title of Work:** Picture of Aurore SIMS Wedding Planner

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Aurore Sims
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Aurore Sims
114 John Street, #628, New York, NY, 10272, United States

## Rights and Permissions

**Name:** Aurore Lambert
**Email:** nocthynazrael@gmail.com
**Telephone:** (929)575-2365
**Address:** 114 John Street
#628
New York, NY 10272 United States

## Certification

14/20

Page 1 of 2

**eccb@docket...** 11:45 AM 

to me ∨

exhibit 2

Dear Aurore SIMS,

Another party has opted out of a docket on which you are a participant:

- Date: 03/26/2024 11:44 AM EDT
- Filing: Opt out of proceeding
- Docket: 24-CCB-0043
- Caption: Sims v. Souily-Lefave, et al
- Respondent: Assia Souily-Lefave

If the opt-out is approved, you will receive another email informing you of the results.

Take a brief survey to let us know how we're doing.

For assistance, please contact the Technical Support at (202) 707-3000 or 1 (877) 476-0778 (toll-free) or asktheboard@ccb.gov.

Regards,

Copyright Claims Board

**CONFIDENTIALITY NOTICE**

This e-mail and any attachments are confidential. If you are not the intended recipient, you do not

**BRENNAN LAW FIRM, LLC**
7340 Eastgate Road, Suite 170
Henderson, Nevada 89011
Phone: (702) 419-2133
www.brennanlawfirm.com

# Exhibit 3

**Elizabeth Brennan**
**Attorney at Law**

elizabeth@brennanlawfirm.com

April 13, 2022

Assia Souily-Lefave
BRIDAL XOXO
2700 E. Sunset Road #35
Las Vegas, NV 89120

Killian Lefave
262 Reflection Ridge Court
Henderson, NV 89052-5919

Re:    Aurore Sims vs. Assia Souily-Lefave and Killian Lefave
        **Final Demand for Payment Prior to Filing Suit**

Dear Mr. and Mrs. Lefave:

     I am privileged to represent Ms. Aurore Sims in the referenced matter. Please submit all future communications regarding the referenced dispute to me as opposed to corresponding directly with Ms. Sims.

     This dispute stems from the agreement between Ms. Sims and Mrs. Souily-Lefave regarding a wedding photo shoot that took place in Las Vegas on May 21, 2021 and travel expenses between May 8 – 22, 2021 in which Mrs. Souily-Lefave agreed to pay all expenses associated with the photo shoot, including travel and marketing expenses. As can be seen by reference to Exhibit 1, attached hereto, the photo shoot expenses were $5,565.61 and the travel expenses were $2,454.69, for a total of $8,020.30. In addition, as set forth in Exhibit 1, my client is demanding that you pay 100% for the shoes which you failed to return ($325) and the rental car expense ($708.41) due to your failure to timely call the Uber causing my client to miss her flight, which totals $1,033.41. **Mrs. Souily-Lefave has only made partial payment in the amount of $200, leaving a balance owed by her in the amount of $4,326.80.**

     My client sent you a demand letter on January 7, 2022 requesting payment of the sums owed. Thereafter, at the end of February 2022, my client sent you a 13 page letter for the same purpose. Despite these prior requests from my client for payment of the balance which is long overdue, Mrs. Souily-Lefave has failed to bring the balance current.

     **FINAL DEMAND is hereby made on you to pay the remaining balance due of $4,326.80 by delivery of a Cashier's Check to my office payable to Aurore Sims on or before May 10, 2022.** If full payment is not received by this date, you will be sued. If a lawsuit is necessary, we will be requesting that your pay Ms. Sims attorney's fees and costs in addition to the balance due.

Best Regards,

*Elizabeth Brennan*

Elizabeth Brennan, Esq.

16/20

Exhibit 4

1 DAY IN LAS VEGAS
262 REFLECTION RIDGE COURT
HENDERSON NV 89052

BRENNAN LAW FIRM
7340 EASTGATE ROAD
HENDERSON NV 89011

April, 23th, 2022

RE : Resolution Offer

Dear Mrs, Brennan

I Am in receipt of your demand letter dated April 13th, 2022. As stated in your letter is a "dispute" regarding the expenses requested by your client.
Please take note of the following.

1. There is nos signed contract in place.
2. Your client kept all photos from the shoot and never released the photos, it has been close to a year now.
3. Your client has demanded money in various amounts since that time and fails to verify expenses with receipts.
4. Your client has engaged in a campaign of harassment of which you are now a part. We demand that she Cease and Desist from continued harassment.
5. Give us the photos from the shoot and agree to sign a release and will forward you $1000.

This is a last and best offer.



_____                    04/25/22
Signature                                Date

Assia Souily Lefave
Manager of 1 Day in Las Vegas

17/20

# Exhibit 5

### COUNTERCLAIM: FALSE REPRESENTATIONS and FRAUDULENT INDUCEMENT

Ms. Sims made false representations to fraudulently induce me to enter into the photoshoot venture. She promised to send me the photos from the shoot to use on my

website, but I later found out that she had no intention of doing so until she was able to publish them in a magazine.

I collaborated with Ms. Sims based on her promise that she would send me the photos right after the photoshoot for use on my website.

Ms. Sims told them she wanted to wait to publish them in a magazine before sharing them, but we never agreed to wait for them to be published in a magazine. She also forbade me to use any of photos I took with my cell phone. To this day, she has not shared the photos.

I later discovered that Ms. Sims created a new website in January, 2021. On this page she is using the photos from our photoshoot venture. Falsely presenting the models as a prior client of hers which directly diminishes the value of the photographs.

18/20



19/20

 **1dayinlasvegas**
Las Vegas Nevada

 **1dayinlasvegas**
Las Vegas Nevada

*Exhibit 7*





  

**13 likes**

**1dayinlasvegas** Un jour mon prince viendra 🕯️🖤📌 ...
more

October 31 · See translation

 

**13 likes**

**1dayinlasvegas** Un jour mon prince viendra 🕯️🖤📌

-wedding planner @1dayinlasvegas
-photographe @pieevents

-
-
-
-

#celebrantlasvegas #vegas #wedding
#marriagelasvegas#weddingplannerlasvegas



 **1dayinlasvegas**
Las Vegas Nevada




    

    

