UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AURORE SIMS,<br><br>             Plaintiff,<br><br>     v.<br><br>ASSIA SOUILY-LEFAVE et al.<br><br>             Defendants. | Case No. 2:24-cv-00831-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Renewed Motion for Alternative Service. The Renewed Motion is denied without prejudice. The Court has ordered the U.S. Marshal Service to attempt to serve Defendant Assia Souily-Lefave on two more occasions. ECF No. 21. Three attempts to personally serve, while important information for the Court, do not usually qualify as sufficient such that alternative service is warranted. Plaintiff may ask the Court to consider alternative service again if these additional efforts to personally service fail. Plaintiff may also want to consider seeking a waiver of personal service as explained in Federal Rule of Civil Procedure 4(d). Forms relating to such service are found on the U.S. District Court for the District of Nevada website under the Self Help tab, Forms sub-tab.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Renewed Motion for Alternative Service (ECF No. 22) is DENIED without prejudice.

DATED this 12th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1