UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AURORE SIMS,<br><br>Plaintiff,<br><br>v.<br><br>ASSIA SOUILY-LEFAVE et al.<br><br>Defendants. | Case No. 2:24-cv-00831-CDS-EJY<br><br>**ORDER** |

Pending before the Court is *pro se* Plaintiff Aurore Sims' Motions for Extension of Time to respond to Defendant Around Vegas LLC-1's Motion to Dismiss. ECF Nos. 30, 32. After filing her first Motion (ECF No. 30), Defendant responded arguing Plaintiff failed to meet and confer, failed to authenticate a receipt for repairs to her computer, and failed to include points and authorities in support of her Motion. ECF No. 31. Plaintiff then refiled her Motion after attempting to meet and confer with Defendant who refused her request. ECF No. 32. Plaintiff included with her revised Motion a declaration authenticating the receipt for her computer repairs and confirming her meet and confer efforts. *Id*. Defendant is reminded that good faith meet and confer obligations are incumbent upon all parties, not just Plaintiff. *Las Vegas Skydiving Adventures LLC v. Groupon, Inc.*, Case No. 2:18-cv-02342-APG-VCF, 2020 WL 8619789, at \*2 (D. Nev. Oct. 16, 2020).

Plaintiff explains her computer was adversely affected by the worldwide disruption that occurred as a result of the CrowdStrike update impacting Microsoft operating systems. Plaintiff further explains she needed assistance to get her computer running again and provides a repair receipt supporting the same. Thus, Plaintiff supports her Motion seeking a ten day extension with points and authorities. Defendant provides no substantive response to Plaintiff's short extension request.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time at ECF No. 32 is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time at ECF No. 30 is DENIED as a duplicate.

IT IS FURTHER ORDERED that Plaintiff's response to Defendant's Motion to Dismiss is due **August 5, 2024**.

DATED this 12th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2