UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AURORE SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>ASSIA SOUILY-LEFAVE et al.<br><br>    Defendants. | Case No. 2:24-cv-00831-CDS-EJY<br><br>**ORDER** |

Filed with the Court is the second unexecuted Summons for individually named Defendant Assia Souily-Lefave. ECF No. 39. Plaintiff previously sought permission to serve Defendant Souily-LeFave through alternative means; however, the Court denied that request, without prejudice, and ordered further attempts at personal service. ECF No. 21. Those attempts at service were unsuccessful. ECF No. 39. Since that time, Defendant Around Vegas LLC-1 Day In Las Vegas has made an appearance through counsel. Around Vegas LLC is closely associated with Defendant Souily-LeFave. The Court is inclined to allow alternative service to proceed. Before doing so, the Court, through this Order, requires the following:

- A courtesy copy of the Complaint (ECF No. 7), the Court's Amended Screening Order (ECF No. 8), and Summons issued for Souily-LeFave (ECF No. 9 at 1-2) are hereby provided to counsel for Around Vegas LLC, David Liebrader through the Court's CM/ECF system.

- Mr. Liebrader **must file** a status report with the Court stating whether he is authorized to accept service and does accept service on behalf of Defendant Souily-LeFave. The status report **must** be filed no later than **August 12, 2024**.

- If service is accepted on behalf of Souily-LeFave, the responsive pleading will be due 60 days thereafter as is customary when service by mail is effected.

IT IS SO ORDERED this 31st day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1