UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AURORE SIMS, | Case No. 2:24-cv-00831-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ASSIA SOUILY-LEFAVE et al. | |
| Defendants. | |

Pending before the Court is Defendant's Rule 26(f) Report. ECF No. 51. Defendant's Report provides important background information previously unknown to the Court. Apparently, Plaintiff is proceeding on closely related matters in Henderson Justice Court and the State of New York. Defendant seeks a stay of discovery in the above captioned case until the matter pending in Henderson Justice Court is resolved.

Given the information provided by Defendant, IT IS HEREBY ORDERED that Plaintiff **must**, no later than **September 6, 2024**, file a response to Defendant's Rule 26(f) Report in which she advises the Court whether she agrees to the temporary stay of discovery in this matter. If Plaintiff does not agree to a temporary stay of discovery, she **must**, at a minimum, address why discovery in this matter would not be duplicative of discovery that has already taken place in substantially similar matters pending in other courts. Plaintiff must also address why the resolution of the dispute pending before the Henderson Justice Court would not resolve issues she raises in the instant matter.

IT IS SO ORDERED this 23rd day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1