UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AURORE SIMS,<br><br>Plaintiff,<br><br>v.<br><br>ASSIA SOUILY-LEFAVE et al.<br><br>Defendants. | Case No. 2:24-cv-00831-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Amended Rule 26(f) Report. ECF No. 53. The Report demonstrate the parties successfully held a Fed. R. Civ. P. 26(f) conference but could not agree on how discovery should proceed. The Court issued an Order on August 23, 2024, in which it instructed Plaintiff to file a response to Defendant's first Rule 26(f) Status Report in which she was to indicate whether she agreed to a temporary stay of discovery in this matter. ECF No. 52. The Court now knows Plaintiff does not agree to a temporary stay. However, the Court does not have the benefit of Plaintiff's explanation regarding why discovery in this matter would not be duplicative of discovery that has already taken place in substantially similar matters pending in other courts. The Court also does not have the benefit of Plaintiff addressing why resolution of the dispute pending before the Henderson Justice Court would not resolve issues she raises in the instant matter.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** file a response to the Amended Rule 26(f) Report (ECF no. 53) no later than **September 6, 2024** in which she addresses why a temporary stay of discovery in this matter is not appropriate given the proceedings in Henderson Justice Court and New York State in which discovery has already been conducted. Defendant may respond to Plaintiff's submission no later than **September 13, 2024**. In addition, the parties are advised to address whether the pending Motion to Dismiss (ECF No. 24) is dispositive of this case and whether discovery is needed to resolve that Motion. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597 (D. Nev. 2011).

IT IS FURTHER ORDERED that other than initial disclosure, no discovery is to be conducted in this matter until the Court rules on Defendant's request to stay discovery.

DATED this 26th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2