# CERTIFICATE OF SERVICE

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with any document that you file and serve.\**

I hereby certify that on the 20th day of February 20<u>2 5</u>, I personally served a true and correct copy **PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MOTION FOR SANCTIONS**

Service by the following means

    X  CM/ECF
    ☐  U.S. Mail
    ☐  Hand-Delivery (including handing it to recipient or delivering it to the person's office or usual place of abode and leaving it with someone of suitable age and discretion who resides there)
    ☐  Delivery Service (e.g., FedEx, UPS)
    ☐  Other means (if the other party has consented in writing to service by such means)

to the following individuals *[Write the full name and contact information for each person you sent the document.]*

David Liebrader, Esq
The Law offices of David Liebrader

3960 Howard Hughes Parway STE 500

Las Vegas, NV 89 169

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*
Name: Aurore Sims
Address: C/o Benjamin Lambert
111 East 128th St, 7 Z

New York, NY 10035