UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AURORE SIMS,

        Plaintiff,

v.

ASSIA SOUILY-LEFAVE; AROUND VEGAS, LLC-1 DAY IN LAS VEGAS,

        Defendants.

Case No. 2:24-cv-00831-CDS-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion at ECF No. 128 seeking clarification and or correction. No response to this Motion was timely filed by either Defendant.

The history leading to Plaintiff's instant Motion is as follows:

ECF No. 76 is a Motion to Dismiss filed by Defendant Assia Souily-Lefave ("Souily-LaFave"). Plaintiff filed an initial Response and Opposition to this Motion at ECF No. 79. Plaintiff then filed a Motion for Leave to Amend ECF No. 79, which is at ECF No. 82. The Motion for Leave to Amend at ECF No. 82 was granted on November 14, 2024 (ECF No. 84). Plaintiff then filed a second Motion seeking to Amend her Opposition to Souily-LaFave's Motion to Dismiss, which is at ECF No. 89. Plaintiff then filed a third Motion to correct her second amended opposition, which is ECF No. 104.

Plaintiff's instant Motion says the Court erred when it denied ECF No. 104 because the Court only referred to Around Vegas LLC and not the individual Defendant.

Accordingly, IT IS HEREBY ORDERED that to the extent the Court only referred to Around Vegas LLC instead both Defendants, Plaintiff's Motion at ECF No. 128 is GRANTED.

DATED this 2nd day of May, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1