UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AURORE SIMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASSIA SOUILY-LEFAVE; AROUND VEGAS, LLC-1 DAY IN LAS VEGAS,<br><br>　　　　Defendants. | Case No. 2:24-cv-00831-CDS-EJY<br><br>**ORDER** |

　　　　Pending before the Court is defense counsel's Motion to Withdraw as Attorney (ECF No. 135). On July 14, 2025, Defendants, appearing *pro se*, filed a motion seeking a temporary stay of the case stating they are in the process of retaining new counsel, which has proved challenging. ECF No. 137. The motion seeking the stay demonstrates Defendants do not object to the withdrawal of current counsel, David Liebrader.

　　　　Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney (ECF No. 135) is GRANTED.

　　　　IT IS FURTHER ORDERED that, consistent with the Court's practice, the Court stays all discovery and scheduling order deadlines for a period of thirty-four (34) days such that no responses to pending discovery requests are due, no new discovery may be propounded, no depositions may be set, and no dispositive or discovery related motions may be filed during this thirty-four (34) day period. The thirty-four days is measured from **July 16, 2025** through **August 18, 2025**.

　　　　IT IS FURTHER ORDERED that if new counsel has not filed a notice of appearance by or before **August 18, 2025**, Defendants **must** on that date, file a status report with the Court explaining the status of retaining counsel. Defendant Around Vegas LLC-1 Day In Las Vegas is advised that it may only appear in federal court through counsel.

1    IT IS FURTHER ORDERED that the Motion to Stay Case (ECF No. 137) is DENIED
2 without prejudice as moot given the above Order.
3    DATED this 16th day of July, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE